**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-02523-LTB-OES

ADT SECURITY SERVICES, INC.,

        Plaintiff,

v.

APEX ALARM, LLC.,
KEITH NELLESEN,
TODD PEDERSON,
CHANCE ALLRED, and
JOHN DOES 1 through X,

        Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Plaintiff's Motion for Leave to File Reply to Opposition to Motion to Stay Defendants' Motions to Dismiss (Doc 15 - filed January 24, 2006) is **GRANTED**.  A reply is due **on or before January 30, 2006**.


Dated:  January 26, 2006
_____